```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No. 4:06 MJ 131 DDN (E.D. Mo.)
                                 )    No. _____ (D. Conn.)
ERIK X. SANCHEZ,                 )
                                 )
          Defendant.             )
```

### ORDER OF TRANSFER
### AND DETENTION ORDER

Defendant Erik X. Sanchez appeared before the undersigned United States Magistrate Judge on June 19, 2006, and was advised that, in the District of Connecticut, charges are pending against him alleging that he kidnapped a person under the age of 18 years, in violation of Title 18, United States Code, section 1201(a) and (g). Defendant was arrested in the Eastern District of Missouri and informed of the aforesaid charge and of his rights to:

1. retain counsel or, if unable to retain counsel at his expense, to request the appointment of counsel to represent him at government expense;

2. request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to enter a guilty plea and to submit to sentencing before a judge of this court;

3. an identity hearing to determine if he is the person who is named in the charge;

4. a preliminary examination to determine whether there is probable cause to believe an offense has been committed by defendant, the hearing to be held either in this district or the district of prosecution; and

5. the setting of conditions of release or to a detention hearing under the Bail Reform Act of 1986.

   Thereafter, defendant waived his rights to:

   an identity hearing in the Eastern District of Missouri but requested an identity hearing in the district court where the charges are pending.

a preliminary examination in the Eastern District of Missouri but requested a preliminary examination in the district court where the charges are pending.

a detention hearing in the Eastern District of Missouri but requested that a detention hearing be held in the district court where the charges are pending.

and, therefore, defendant Erik X. Sanchez having waived his right to a hearing in this District under Federal Rule of Criminal Procedure 5(c)(3), and having waived his right to a detention hearing in this District,

**IT IS HEREBY ORDERED** that defendant Erik X. Sanchez appear before the United States District Court for the District of Connecticut for further proceedings in this action.

**IT IS FURTHER ORDERED** that the United States Marshals Service transport defendant Erik X. Sanchez in custody to the United States District Court for the District of Connecticut for further proceedings in this case.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 19, 2006.